1  MAZZARELLA ■ CALDARELLI LLP
   Michael D. Fabiano (SBN 167058)
2  550 West "C" Street, Suite 700
   San Diego, California 92101
3  (619) 238-4900  Telephone
   (619) 238-4959  Facsimile
4
   Attorneys for Defendant
5  THE VONS COMPANIES, INC.

6  Lynn Hubbard, III (SBN 69773)
   DISABLED ADVOCACY GROUP, APLC
7  12 Williamsburg Lane
   Chico, California 95926
8  (530) 895-3252  Telephone
   (530) 894-8244  Facsimile
9
   Attorneys for Plaintiff
10

11              **UNITED STATES DISTRICT COURT**

12              **SOUTHERN DISTRICT OF CALIFORNIA**

13

14  BARBARA HUBBARD,              )  Case No.: '08 CV 0229 DMS (POR)
                                  )
15              Plaintiff,        )  **JOINT MOTION TO EXTEND TIME TO**
                                  )  **RESPOND TO COMPLAINT**
16        vs.                     )
                                  )
17  THE VONS COMPANIES, INC., dba VONS )
    #3063,                        )
18                                )
                Defendant.        )
19                                )
                                  )
20                                )
                                  )
21  _____)

---

**JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**          NO. '08 CV 0229 DMS (POR)

1  WHEREAS, plaintiff Barbara Hubbard ("Plaintiff") has filed a complaint in this action against The Vons Companies, Inc. ("Vons"), erroneously sued as "The Vons Companies, Inc. dba Vons #3063";

WHEREAS, Vons has been served with the complaint and is currently due to answer or otherwise respond to the complaint on or before February 29, 2008;

WHEREAS, this extension will give the parties additional time to investigate Plaintiff's allegations and discuss a possible settlement;

WHEREAS, this extension is not sought for any improper purpose;

Plaintiff and Vons, by and through their respective counsel, hereby agree and stipulate that the time for Vons to answer or otherwise respond to Plaintiff's complaint be extended to March 7, 2008, and hereby move the Court to enter an order so extending Vons' time to respond to the complaint.

It is further agreed that this stipulation may be executed in counterparts. A proposed order will be concurrently submitted to the Court.

Dated: February 29, 2008     DISABLED ADVOCACY GROUP, APLC

By: /S/ Lynn Hubbard III
    LYNN HUBBARD, III
    Attorneys for Plaintiff

Dated: February 29, 2008     MAZZARELLA ■ CALDARELLI LLP

By: /S/ Michael D. Fabiano
    MICHAEL D. FABIANO
    Attorneys for Defendant
    THE VONS COMPANIES, INC.

-1-

**JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**     NO. '08 CV 0229 DMS (POR)