# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| BARBARA HUBBARD,<br><br>                              Plaintiff,<br>  vs.<br><br>THE VONS COMPANIES, INC., dba VONS # 3063,<br><br>                              Defendant. | CASE NO. 08CV0229 DMS (POR)<br><br>**ORDER ACCEPTING ANSWER FILED MARCH 7, 2008**<br><br>[Doc. 3] |
|---|---|

On February 29, 2008, the parties jointly moved to allow Defendant until March 7, 2008 to file its answer in this action. An answer was filed, pursuant to the parties' agreement, on March 7, 2008. The Court hereby grants the joint motion to extend time, and accepts the answer filed March 7, 2008.

**IT IS SO ORDERED.**

DATED: March 14, 2008

                                                             HON. DANA M. SABRAW
                                                             United States District Judge