Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| Barbara Hubbard, | Case No. 08cv0229 DMS (POR) |
|---|---|
| Plaintiff, | |
| vs. | **Notice of Settlement** |
| The Vons Companies, Inc., | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that the aforementioned matter known as *Hubbard v. The Vons Companies, Inc.,* Case No. 08cv0229 DMS (POR), has been resolved. The parties anticipate filing a Joint Motion for Dismissal within four weeks.

Dated: May 5, 2008    DISABLED ADVOCACY GROUP, APLC


 */s/ Lynn Hubbard, Esquire            /*
LYNN HUBBARD, III
Attorney for Plaintiff

*Hubbard v. The Vons Companies, Inc.*, 08cv0229 DMS (POR)
Notice of Settlement

Page 1