UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HUBBARD,<br><br>                                  Plaintiff,<br><br>          v.<br><br>THE VONS COMPANIES, INC. Dba VONS #3063,<br><br>                                  Defendant. | Civil No.   08cv0229-DMS (POR)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

On May 5, 2008, Plaintiff's counsel filed a notice of settlement wherein he represents that the above-entitled matter has settled. Accordingly, IT IS HEREBY ORDERED:

1. The Early Neutral Evaluation set for May 13, 2008 is vacated.
2. A Joint Motion for Dismissal shall be submitted to the Honorable Dana M. Sabraw on or before **June 5, 2008.** A courtesy copy shall be delivered to the chambers of the Honorable Louisa S Porter by fax to (619) 702-9925 or email to efile_porter@casd.uscourts.gov.
3. If a Joint Motion for Dismissal is not submitted on or before June 5, 2008, then a Settlement Disposition Conference shall be held on **June 6, 2008,** at **9:30 a.m.** before Judge Porter. The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Plaintiff's counsel shall initiate and coordinate the conference call.

///

///

4. If a Joint Motion for Dismissal is received on or before June 5, 2008, the Settlement Disposition Conference shall be VACATED without further court order.

DATED:  May 12, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc:   The Honorable Dana M. Sabraw
      all parties