1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone: (530) 895-3252
4  Fax: (530) 894-8244

5  Attorneys for Plaintiff

6

7  MICHAEL D. FABIANO, SBN 167058
   MAZZARELLA CALDARELLI, LLP
   550 West "C" Street, Suite 700
8  San Diego, CA 92101
   Telephone: (619) 238-4900
9  Fax: (619) 238-4959

10 Attorney for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HUBBARD, | Case No. 08cv0229 DMS (POR) |
| Plaintiff, | |
| v. | **JOINT MOTION FOR DISMISSAL** |
| THE VONS COMPANIES, INC., | |
| Defendant. | |

1    PURSUANT TO A SETTLEMENT AGREEMENT AND RELEASE, it is hereby jointly
2 requested, by plaintiff, BARBARA HUBBARD, and defendant, THE VONS COMPANIES,
3 INC. that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-
4 entitled action pursuant to Fed. R. Civ. P. 41.

5    The dismissal with prejudice shall dismiss the action in its entirety.

7 Dated:   May 20, 2008          DISABLED ADVOCACY GROUP, APLC

9               /s/ Lynn Hubbard, III
               LYNN HUBBARD, III
               Attorney for Plaintiff

12 Dated:   May 20, 2008          MAZZARELLA CALDARELLI, LLP

13              /s/ Michael D. Fabiano
               MICHAEL D. FABIANO
14             Attorney for Defendant