# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HUBBARD,<br><br>　　　　　　　　　Plaintiff,<br>vs.<br><br>THE VONS COMPANIES, INC., dba VONS # 3063,<br><br>　　　　　　　　　Defendant. | CASE NO. 08CV0229 DMS (POR)<br><br>**ORDER DISMISSING CASE** |

Pursuant to the parties' stipulation, the above-entitled action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

DATED: July 11, 2008

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. DANA M. SABRAW
　　　　　　　　　　　　　　　　　United States District Judge